UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-12097GAO

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
    Plaintiff,
v.

WASHINGTON GROUP INTERNATIONAL, INC.,
    Defendant.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter our appearance on behalf of defendant Washington Group International, Inc. in the above-captioned matter.

WASHINGTON GROUP INTERNATIONAL, INC.
By its attorneys,

_____
James F. Kavanaugh, Jr. BBO#262360

_____
Erin K. Higgins BBO#559510

_____
Michael R. Bernardo BBO#648310

CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, Massachusetts 02109
Telephone: (617) 482-8200

Dated:    October 8, 2004

## CERTIFICATE OF SERVICE

    I, Michael R. Bernardo, hereby certify that on this date I served a copy of the above Notice of Appearance on all parties by mailing a copy thereof, postage prepaid, to:

Rosa Liliana Palacios, Esq.
Equal Employment Opportunity Commission
Boston Area Office
John F. Kennedy Federal Building
Government Center, Room 475
Boston, MA 02203-0506


                                                            /s/ Michael Bernardo
                                                            Michael R. Bernardo

DATED: October 8, 2004


211419.1