UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-12097GAO

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
    Plaintiff,
v.

WASHINGTON GROUP INTERNATIONAL, INC.,
    Defendant.

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.**

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Washington Group International, Inc. hereby states that it is a Delaware corporation with no parent company and that no publicly held company owns ten (10%) percent or more of its stock.

WASHINGTON GROUP INTERNATIONAL, INC.

By its attorneys,

/s/Erin K. Higgins
_____
James F. Kavanaugh, Jr. BBO#262360
Erin K. Higgins BBO#559510
Michael R. Bernardo BBO#648310
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, Massachusetts 02109
Telephone: (617) 482-8200

Dated: November __, 2004

213316.1