UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>JOHN BALDWIN, LEONARD BELL, JOHANNES KAINDOH AND WAYNE HENDERSON,<br><br>    Intervenor-Plaintiffs<br><br>    -against-<br><br>Washington Group International, Inc.<br><br>    Defendant. | Civil Action No. 04-12097-GAO |

**PLAINTIFF, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S, CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

_____Pursuant to L.R. Mass. 16.1(d)(3) Plaintiff EEOC certifies that its counsel, R. Liliana Palacios, Senior Trial Attorney, has conferred with Elizabeth Grossman, Acting Regional Attorney for the New York District of the Equal Employment Opportunity Commission, with a view to establishing a budget for the costs of conducting the full course – and various alternate courses – of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted,

This 7th day of February, 2005

Elizabeth Grossman
Acting Regional Attorney, EEOC


_____
/s/ R. Liliana Palacios (BBO#640786)
Rosa.Palacios@eeoc.gov
Boston Area Office, John F. Kennedy Federal Building, Room 475
Boston, MA 02203-0506
Tel: (617) 565-4804
Fax: (617) 565-3196