UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-12097-GAO

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
    Plaintiff,

v.

WASHINGTON GROUP INTERNATIONAL, INC.,
    Defendant.

**CERTIFICATION OF DEFENDANT WASHINGTON GROUP
INTERNATIONAL, INC. PURSUANT TO L.R. 16.1(D)(3)**

Defendant Washington Group International, Inc., by its attorneys and an authorized representative, hereby certifies as follows:

1. Washington Group and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2. Washington Group and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/Robert L. Berlin
Robert L. Berlin, Esq.
Washington Group International, Inc.
720 Park Boulevard
Boise, Idaho  83712

/s/Erin K. Higgins
James F. Kavanaugh, Jr./BBO #262360
Erin K. Higgins / BBO #559510
Michael R. Bernardo / BBO #648310
CONN, KAVANAUGH, ROSENTHAL,
    PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

Dated: February 7, 2005

219561.1