UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -7  P 4: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSSION <br> Plaintiff <br><br> v. <br><br> WASHINGTON GROUP INTERNATIONAL, INC. <br> Defendant | Docket No.: 04-12097-GAO |

### AFFIDAVIT IN SUPPORT OF MOTION TO INTERVENE AS PLAINTIFFS

I, Jacques A. Dessin, do hereby under oath affirm, depose and state the following:

1. I am an attorney, licensed to practice law in the Commonwealth of Massachusetts.

2. I have been the attorney representing Godwin Enagbare ("Enagbare") and Joe L. Willis ("Willis") in their litigation before the Equal Employment Opportunity Commission ("EEOC").

3. In my capacity as their attorney, I know from firsthand knowledge that they filed Charges with the EEOC.

4. The EEOC properly found probable cause for discrimination in those Charges and filed a Complaint based on the Charges of Willis, Enagbare and others following an unsuccessful attempt at conciliation by and between the parties.

Signed under the pains and penalties of perjury this the 7th day of February, 2005.

_____
Jacques A. Dessin

### COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                                                    February __, 2005

Before me, a notary Public in and for the Commonwealth of Massachusetts, personally appeared Jacques A. Dessin, who affirmed that the contents of this Affidavit are true and subscribed to the same on the line provided for his signature

_____
Notary Public:
My Commission Expires: April 25, 2008

MATTHEW A. FAINE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 25, 2008

/