UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BALDWIN, LEONARD BELL, JOHANNES KAINDOH AND WAYNE HENDERSON,<br>　　　　Plaintiffs<br><br>-against-<br><br>WASHINGTON GROUP INTERNATIONAL, INC., et al.,<br>　　　　Defendant | Civil Action No: 04-12097-GAO |

## PLAINTIFFS CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

　　　　Pursuant to L.R. Mass. 16.1(d)(3) Plaintiffs, John Baldwin, Leonard Bell, Johannes Kaindoh and Wayne Henderson, certify that its counsel, Todd Bennett, Esq. has conferred with the Plaintiffs with a view to establishing a budget for the costs of conducting the full course – and various alternate courses – of litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR f16.4.

　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Todd J. Bennett, Esq. BBO# 643185
　　　　　　　　　　　　　　　　　　　Corrigan, Bennett & Belfort,
　　　　　　　　　　　　　　　　　　　404 Main Street, Suite 1
　　　　　　　　　　　　　　　　　　　Wilmington, MA 01887
　　　　　　　　　　　　　　　　　　　Tel: (978) 988-1544
　　　　　　　　　　　　　　　　　　　Fax: (978) 988-1545

Dated: February 24, 2005