UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 10 P 1: 18

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and JOHN BALDWIN, LEONARD BELL, JOHANNES KAINDOH and WAYNE HENDERSON,<br>        Plaintiffs<br><br>-against-<br><br>WASHINGTON GROUP INTERNATIONAL, INC. and RON BENNETT, individually, MICHAEL FOGARTY, individually and DENNIS WOODRUFF, individually,<br>        Defendants | Civil Action No: 04-12097-GAO |

### Acknowledgement of Acceptance of Service

I, Erin K. Higgins, counsel for Defendants, Washington Group International, Inc., Ron Bennett and Michael Fogarty, hereby acknowledge that I have accepted service via first class mail on behalf of the three defendants, named herein, of the attached complaint.

_____  
Erin K. Higgins

3/1/05  
Dated