# UNITED STATES DISTRICT COURT

District of _____

Equal Employment Opportunity Commission,
Plaintiff    and
John Baldwin, Leonard Bell, Johannes Kaindoh,
and Wayne Henderson, Intervenor Plaintiffs,

v.

Washington Group International, Inc., and
Ron Bennett, individually, Michael Fogarty,
individually and Dennis Woodruff, individually
Defendants

FILED
IN CLERKS OFFICE

**SUMMONS IN A CIVIL CASE**

04 - 12097

CASE NUMBER:

TO: (Name and address of Defendant)

Dennis Woodruff
Houlton Road
Baileyville, ME

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Todd J. Bennett, Esq.
Corrigan, Bennett and Belfort, P.C.
404 Main Street, Suite 1
Wilmington, MA 01887

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

FEB 15 2005

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 2-24-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Paul J Comeau | Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 54 Washington St, Baileyville, Me. Served in hand, to Dennis Woodruff

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-24-05        Paul J Comeau
              Date            Signature of Server

P.O. Box 120
Machias, Me. 04654
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.