UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>    Plaintiff,<br><br>JOHN BALDWIN, LEONARD BELL, JOHANNES KAINDOH, WAYNE HENDERSON, GODWIN ENAGBARRE and JOE L. WILLIS<br>    Intervenor-Plaintiffs<br><br>v.<br><br>Washington Group International, Inc.<br>    Defendant | Civil Action No. 04-12097-GAO |

## NOTICE OF APPEARANCE

Please enter the appearance of Stephen T. Paterniti, Esq. and Andrew C. Pickett, Esq., as counsel for Defendant Washington Group International, Inc. in the above-captioned action.

Respectfully submitted,

WASHINGTON GROUP INTERNATIONAL, INC.
By its attorneys,

/s/ Stephen T. Paterniti
Stephen T. Paterniti, BBO #564860
Andrew C. Pickett, BBO #549872
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: June 9, 2005