UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
EQUAL EMPLOYMENT OPPORTUNITY  )
COMMISSION,                                               )
                                                                       )
       Plaintiff,                                        )
                                                                       )
JOHN BALDWIN, LEONARD BELL,      )
JOHANNES KAINDOH AND WAYNE  )
HENDERSON, JOE L. WILLIS and        )
GODWIN ENAGBARE                           )
                                                                       )
       Intervenor-Plaintiffs                      )    Civil Action No. 04-12097-GAO
                                                                       )
       -against-                                          )
                                                                       )
                                                                       )
WASHINGTON GROUP                          )
INTERNATIONAL, INC.                          )
                                                                       )
       Defendant.                                       )
_____ )

## NOTICE OF APPEARANCE

      I, Markus L. Penzel, Senior Trial Attorney for the U.S. Equal Employment Opportunity Commission, hereby enter my appearance as counsel in this case for Plaintiff, Equal Employment Opportunity Commission in the above captioned case pursuant to L. R. 83.5.2 and 83.5.3., in addition to those appearances already on file.

                                            Respectfully submitted,

                                            /s/ Markus L. Penzel
                                            Markus L. Penzel, BBO#: 642007
                                            Senior Trial Attorney
                                            Equal Employment Opportunity Commission
                                            Boston Area Office
                                            JFK Federal Building, Room 475
                                            Boston, MA 02203-0506

Tel: 617-565-3196
Fax: 617-565-3193
markus.penzel@eeoc.gov

Dated: December 6, 2006

## CERTIFICATION

    I, Markus Penzel, hereby certify that on this 6th day of December, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants in this case:

Jacques Dessin, Esq.
Todd J. Bennett, Esq.
Stephen Paterniti, Esq.

                                                     /s/ Markus L. Penzel