**EXHIBIT B (Part 2)**

Case 1:04-cv-12097-MBB    Document 32-4    Filed 01/11/2007    Page 1 of 5

Page 38

1  Q. Does WGI have any annual conference of the
2  folks who are working within your department where
3  people can meet and discuss issues?
4  A. No. There's only two of us.
5  Q. Just you and Mr. Cakrane?
6  A. That's correct.
7  Q. Do you have anyone that reports to you?
8  A. No, I don't.
9  Q. Mr. Hanks, do you ever have occasion to
10 speak with him within the context of your job
11 duties?
12 A. The last time would have been in Boise in
13 approximately '98.
14 Q. That was the last time you spoke to him
15 regarding anything to do with your job duties?
16 A. That's right.
17 Q. Do you otherwise have access to him? In
18 other words, could you pick up the phone and call
19 him?
20 A. I could, yes.
21 Q. But I can tell from your facial expression,
22 that probably doesn't happen that often?
23 A. No.
24 Q. Just to clarify my understanding, as labor

Page 39

1  relations director at WGI, do you hold that title
2  only in the field in the sense that when you are
3  working, you are placed on a project and that's
4  where you hold the title; or is there someone --
5  actually, that's a bad question. Strike it.
6      At any given time, how many projects does
7  WGI have going on? Is it more than one?
8  A. Yes.
9  Q. How many on average would you say?
10 A. In the United States, approximately 50
11 projects, union; approximately 40, 50 projects
12 nonunion; a dozen approximately worldwide, but I
13 really don't know the number.
14 Q. I guess what I'm trying to understand is if
15 you are on a particular site, for example, Oak Ridge
16 or -- and we have not talked about this -- at Sithe
17 Mystic, for example, who is responsible for labor
18 relations at other sites, those other 49 sites, or
19 is my understanding off?
20 A. Any of our projects that do not have a
21 labor relations person assigned to it, the project
22 manager is actually responsible.
23 Q. How many labor relations managers are
24 there, or how many labor relations professionals are

Page 40

1  there at WGI?
2  A. Two of us.
3  Q. Just two?
4  A. Yes.
5  Q. Does Mr. Cakrane ever go out in the field?
6      MR. PATERNITI: Objection. Go ahead.
7  A. Is tends to work at a higher level because
8  of his position. He's involved very heavily with
9  the international unions in Washington, D.C. They
10 have quite a few issues to deal with. He sits on
11 the board of a number of national contractor
12 committees. He's very involved with that, with the
13 international unions.
14     I tend to be more involved with our job
15 sites, not to say he doesn't get a call once in a
16 while, certainly.
17 Q. But he's usually not on a site for a period
18 of time?
19 A. No. He's never on assignment. He works
20 out of the corporate office.
21 Q. Just so I understand your job, are you
22 usually placed on a particular site and only focus
23 on that site, or do you have to oversee all those
24 90 plus projects?

Page 41

1  A. If I'm assigned to a site, generally I am
2  probably involved 90 percent with the site. I may
3  get some issues come to me -- and this has occurred
4  many times over the years -- from other projects.
5      A lot of the people in the company know who
6  I am. I can be found and asked questions, for
7  instance.
8      The general rule, though, would be if you
9  are assigned to a site, that's what you are going to
10 focus on.
11 Q. When you were hired at Morrison-Knudsen,
12 did you get any training at the time of your hire in
13 order to perform your duties?
14 A. Not specifically, no.
15 Q. Did you ever get any training while you
16 were with Morrison-Knudsen towards the performance
17 of your duties?
18 A. I've attended seminars over the years,
19 collective bargaining type seminars, arbitration
20 seminars to try and gain more background in doing my
21 duties.
22 Q. How many times a year would you say on
23 average that you attend seminars or had attended
24 seminars while at Morrison?

11 (Pages 38 to 41)

Page 54

1  Q. Do you happen to know the name of the
2  plaintiff's attorney in that case?
3  A. I can't recall it, no.
4  Q. No problem. In your position, are you
5  authorized to hire any help, any assistants to you?
6  A. No.
7  Q. Have you ever requested assistants?
8  A. No.
9  Q. Do you think you need assistants?
10  A. No.
11  Q. What I mean by assistants is support staff,
12  people that you could clone to be like you or
13  perform your same functions.
14  A. We have an individual that we have selected
15  as a third labor relations person in the company,
16  but he will not join us for a couple of years. Who
17  he will work for directly, that has not been
18  determined yet by Is and I.
19  Q. Could you tell me a little bit about how
20  that came to happen in one minute or less.
21  A. Is is approaching 60. I'm 62. Somebody
22  has to take the reins. This individual is 45 years
23  old, so...
24  Q. What is the name of that person?

Page 55

1  A. Mitch Wisenor.
2  Q. Where is Mitch currently?
3  A. He's in New Mexico right now on an
4  unrelated assignment.
5  Q. Is he a project manager?
6  A. A project manager type, yes.
7  Q. Project manager type, what does that mean?
8  A. He is sufficiently trained and has time
9  with the company where he could run a project
10  himself. I think his last assignment was general
11  superintendent out at the Rocky Flats site. He has
12  had a promotion since then, though.
13  Q. You told me earlier you are on a grade
14  system at WGI.
15  A. Yes.
16  Q. I'm familiar with that system because I'm
17  on a grade system, too. Does the grade system
18  correspond with a salary? In other words, if you
19  are a Grade 14, do you get a certain salary and
20  everybody in that grade gets a certain salary?
21  A. Yes. It corresponds with a salary range.
22  Q. You told me you are currently a Grade 14?
23  A. No, 18.
24  Q. I'm sorry, that's right. Could you tell me

Page 56

1  what the salary range for that is, if you know.
2  A. I would have to speculate. I can't say
3  specifically what they are.
4  Q. Agreeing to keep your salary confidential,
5  what is your salary currently at WGI?
6  REDACTED
7  Q. Do you have any other compensation at WGI?
8  A. No, I do not.
9  Q. Do you know how many employees WGI
10  currently has?
11  A. Approximately 25,000 worldwide.
12  Q. Do you know approximately how many of those
13  are in the U.S.?
14  A. Probably around 20,000. That's going to be
15  all grades and classifications. That will include
16  craft workers and projects, also.
17  Q. So that includes any union employees?
18  A. That's correct.
19  Q. Is it fair to say that you are the sole
20  labor relations person with responsibility in the
21  United States for 20,000 people.
22  A. Well, 20,000 people won't have a labor
23  relations problem. It will probably be a few
24  hundred.

Page 57

1  Q. But you have that responsibility should
2  they have any?
3  A. Absolutely.
4  Q. This doesn't require a response, but you
5  have a tough job.
6  A. Thank you.
7  Q. You talked to me a little bit about EEO
8  training that you received. I just want to break
9  that down a little further. Have you ever received
10  any training in cultural diversity or diversity type
11  training?
12  A. Not that I can recall.
13  Q. What about training with respect to
14  anti-discrimination policies, whether state or
15  federal?
16  A. Yes. Part of that training I related to at
17  Oak Ridge covered those issues.
18  Q. Was that the only training you ever
19  received on anti-discrimination policies?
20  A. Any kind of formal training, yes.
21  Q. I want to focus now on the Sithe Mystic
22  powerplant project. I'm just going to call it
23  "Mystic." That's what I mean when I say that.
24  I understand you were the labor relations

Page 182

1  handle discrimination complaints to general foremen
2  and foremen at the Mystic site?
3      A. I'm not aware of any.
4      Q. Based on any understanding that you have of
5  this field, do you know how a general foreman or a
6  foreman at the Mystic site would have dealt with a
7  complaint of discrimination?
8      A. He probably would have told his next
9  superior, whoever that individual reported to.
10     Q. I understand the foremen report to the
11 general foremen. Who is the next line of report for
12 a general foreman?
13     A. It would either be the assistant
14 superintendent if there was such an individual
15 assigned to that, or the superintendent.
16     Q. If you look at the last line of Exhibit 14,
17 "Several people have been terminated for racist
18 conduct," that line.
19     A. Right.
20     Q. Do you know anything about people who have
21 been terminated for racist conduct at the Mystic
22 site?
23     A. Let's see, September 11th, three people.
24     Q. Do you remember who those people were?

Page 183

1      A. It was the individual that had the run-in
2  with Ozzie Weeks. He was an electrician. I'm
3  drawing a blank on the name. He was terminated. He
4  used the "N" word in an argument with Ozzie. Ozzie
5  worked for another contract, not for us.
6         Wait a minute, let's see if I have it
7  right. (Examines document) Yes, Ozzie worked for
8  Bond Brothers. The harasser worked for us. He was
9  terminated.
10        We had a superintendent that was terminated
11 for making racist comments to subcontractor
12 employees.
13     Q. Do you know who that was?
14     A. John Day. Of course, we have Alan Griffis
15 with Encompass.
16        I think the word "several" here is
17 generally capturing what is going on. That was used
18 in this memo. Those are the ones that I recall,
19 though.
20     Q. Anybody else?
21     A. Not that I can recall. By the time of this
22 memo, I'm trying to put it into that time frame.
23 That's all that's coming to mind at the moment.
24     Q. Do you remember if the person who was

Page 184

1  terminated regarding the incident with Ozzie Weeks
2  was Dick O'Hare?
3      A. That's it, yes.
4      Q. Finally, just to clarify, the document that
5  we were reviewing that were the notes of the EEOC
6  investigator from the onsite, this was actually
7  included in the discovery responses or production to
8  WGI at some point. I asked you earlier in the day
9  whether you looked at any discovery. You said,
10 "Yes." I'm just curious, had you ever seen this
11 before today?
12     A. No, I had not.
13        MS. PALACIOS: That's all for today. Off
14 the record.
15        (Discussion off the record)
16            (Whereupon the deposition
17            was suspended at 4:30 p.m.)

Page 185

1                    CERTIFICATE
2      I, WARREN R. ANDERSON, do hereby certify that I
3  have read the foregoing transcript of my testimony,
4  and further certify under the pains and penalties of
5  perjury that said transcript (with/without)
6  suggested corrections is a true and accurate record
7  of said testimony.
8      Dated at _____, this ____ day of _____,
9  2006.
10
11        _____

```
                                    Page 186
 1  COMMONWEALTH OF MASSACHUSETTS)
 2  SUFFOLK, SS.          )
 3      I, Ken A. DiFraia, Registered Professional
 4  Reporter and Notary Public in and for the
 5  Commonwealth of Massachusetts, do hereby certify
 6  that there came before me on the 12th day of April,
 7  2006, at 10:07 a.m., the person hereinbefore named,
 8  who was by me duly sworn to testify to the truth and
 9  nothing but the truth of his knowledge touching and
10  concerning the matters in controversy in this cause;
11  that he was thereupon examined upon his oath, and
12  his examination reduced to typewriting under my
13  direction; and that the deposition is a true record
14  of the testimony given by the witness.
15      I further certify that I am neither attorney or
16  counsel for, nor related to or employed by, any
17  attorney or counsel employed by the parties hereto
18  or financially interested in the action.
19      In witness whereof, I have hereunto set my hand
20  and affixed my notarial seal this ____ day of April,
21  2006.
22           _____
23               Notary Public
24         My commission expires 4/3/09
```