**EXHIBIT E**

EXHIBIT E



STEPHEN G. HANKS
President and Chief Executive Officer

March 1, 2002

To All Employees:

Washington Group reaffirms its Equal Employment Opportunity Policy.

It is against Company policy to discriminate against any individual on the basis of race, color, religion, sex, age, national origin, disability, status as a veteran, or any status protected by state or federal law. Such discrimination includes, but is not limited to, (a) harassment of any kind, or (b) segregating or classifying a job applicant or employee in a way that adversely affects his or her employment opportunities or benefits on the basis of the above listed protected categories. The Company will base all employment decisions, including hiring, training, promotion, pay, fringe benefits and job application procedures on the individual's qualifications and ability to perform the work assigned.

Management and supervisory personnel and their designated representatives have primary responsibility for enforcement of this policy.

It is against Company policy to discriminate or retaliate against any individual because they have opposed a discriminatory practice, filed a discrimination complaint, or participated in any way in an investigation.

Further, it always has been and will continue to be the practice of the Company to make a good faith effort to comply with all federal, state, local and contractual equal opportunity and affirmative action requirements.

As part of our Equal Employment Opportunity Policy, we prohibit any kind of discrimination or harassment, including coercion or intimidation based on, but not limited to, race, color, creed, religion, national origin, disability, sex, age, marital or veteran status.

Sexual harassment is defined as: (1) unwelcome sexual advances, (2) requests for sexual favors, (3) or other verbal or physical conduct of a sexual nature when (a) submission to such conduct is made a term or condition of employment, (b) submission to or rejection of such conduct is used as a basis for employment decisions affecting the employee, (c) such conduct has the effect of unreasonably interfering with an individual's work performance, or (d) such conduct creates a hostile or offensive work environment.

A hostile work environment can be created by a supervisor, manager, peer or subordinate. Hostile work environments can be created in a number of ways, including, but not limited to,

Washington Group International, Inc.  • 720 Park Boulevard  • P.O. Box 73  • Boise, ID USA 83729  • Phone: (208) 386-6176  • Fax: (208) 386-5298

1513

<mark>Case 1:04-cv-12097-MBB   Document 32-9   Filed 01/11/2007   Page 3 of 3</mark>
<mark />

<mark>Sexual Harassment Policy - Page 2 of 2</mark>

(a) using crude and offensive language, (b) bantering, (c) discussing sexual activities, (d) sexually suggestive pictures, (e) unnecessary touching or invasion of space, (f) commenting on physical attributes, (g) using demeaning or inappropriate terms, (h) using unseemly gestures, (i) ostracizing workers on the basis of gender, or (j) granting job favors to those who participate in consensual sexual activity.

The essence of determining if conduct constitutes sexual harassment is whether the conduct is unwelcome. Unwelcome conduct does not necessarily exclude seemingly voluntary relationships. For these reasons, relationships between supervisors and their subordinates are discouraged. Such relationships that may have once been welcome may become unwelcome later, thereby subjecting the supervisor to liability for sexual harassment. The subordinate may also claim he or she was intimidated into the relationship.

Sexual harassment does not necessarily involve conduct of a sexual nature. Sexual harassment may include conduct that is not overtly sexual but is directed at an individual based on his or her gender. It is a misconception that conduct must be intended to harass in order for a court to determine that the conduct constitutes sexual harassment.

We can also be held responsible for harassment of employees by third parties, such as vendors or customers, even though these people are not under the direction and control of the Company. Likewise, our employees are prohibited from harassing any non-employee, including but not limited to applicants, visitors, vendors or customers.

The Company will not tolerate unlawful discrimination or harassment of any kind, and supervisors are responsible for ensuring that they and their employees comply with this policy. Appropriate discipline will be administered and immediate corrective action taken in response to violations, up to and including termination of employment.

The Company has a procedure in place for resolving harassment or discrimination complaints, and we encourage individuals to come forward. You are invited to contact your supervisor, your human resources representative, the Corporate EEO Officer, or the Corporate Human Resources Department. All complaints will be investigated immediately and thoroughly, protecting confidentiality to the extent possible. Retaliation against any individual for participating in an investigation or filing a discrimination complaint is prohibited and will be treated as seriously as harassment.

Our Affirmative Action Program is available for review during normal business hours. If you have a complaint, or if you have questions or concerns regarding Company policies or our program, you may contact the Corporate EEO Officer at 1-800-331-8482 or 205-995-7177.

*[signature]*

Stephen G. Hanks

SGH/aw

<mark>1514</mark>