**EXHIBIT F**



## INTER-OFFICE CORRESPONDENCE

| | | | |
|---|---|---|---|
| | | DATE: | September 11, 2002 |
| TO: | Steve Hanks, Steve Johnson, Charlie Oliver, George Juetten | FROM: | Larry Myers |
| LOCATION: | Office of the Chairman | LOCATION: | Human Resources |
| SUBJECT: | Human Resources Report for the week ending September 6, 2002 | | |

......................
..................................

*EEO/AA*

- We have received three EEOC charges by black employees at the Mystic project in the past two weeks. Labor Relations Director Warren Anderson and Mike McDaniel are working on solutions to the concerns and responses to EEOC. Racial graffiti is the primary issue. Warren has established a two man crew to continually walk the site and clean up graffiti as it occurs. All supervisors are being reminded of their responsibility and sensitivity training will be done to raise awareness. Several people have been terminated for racist conduct and the continuing investigation may result in others.

........................................
..............................................

## PERSONAL TRAVEL SCHEDULE

| Monday, 9/9 | Tuesday, 9/10 | Wednesday, 9/11 | Thursday, 9/12 | Friday, 9/13 |
|---|---|---|---|---|
| Sun Valley | Sun Valley - a.m. Boise - p.m. | Boise – a.m. PTO – p.m. | Boise | Boise |

cc:   R. Parry
      R. Hunt
      HR Directors

DEF00545

1