**EXHIBIT G**

| | |
|---|---|
| From: | Mike McDaniel [Mike.mcDaniel@wgint.com] |
| Sent: | Monday, September 09, 2002 8:58 AM |
| To: | Warren Anderson |
| Subject: | Sithe - EEO issues....report |
| Attachments: | Weekly-Report.doc; Pie Charts Bkgrd.jpg |

Warren:

I put the attached in my weekly report and Larry Myers included this excerpt in his report to the Office of the Chairmen.
If you need any help like this, you can point out that the situation is being watched from the top.

*Michael McDaniel*
*205-995-7177*

DEF02257