**EXHIBIT I**



SEARCH

CONTACT |

BYU.EDU ▸ Engineering & Technology ▸ College News ▸ **November 2006**

COLLEGE NEWS MENU
JANUARY 2007

College Lecture—Thursday, December 7

Engineering and Technology Study Abroad in China—Spring Term 2007 on the Nanjing University Campus

College Lecture—Thursday, November 2

College Honored Alumni Lecture—October 19

Former Dean and Professor Receives Distinguished Alumni Service Award

## College Lecture—Thursday, November 2

November 2006

The Ira A. Fulton College of Engineering and Technology will hold a College Lecture on Thursday, November 2nd in 140 JSB at 11:00 a.m.

Stephen G. Hanks, President and CEO of Washington Group International, will be speaking on "Global Competitiveness."

Mr. Hanks earned an accounting degree from BYU, an MBA from the University of Utah, and a law degree from the University of Idaho. He is a board member of Lincoln Electric Holdings, Inc., the Chairman of the Board of the Danny Thompson Memorial Leukemia Foundation, Inc., and president and board member of the Western Region of the Boy Scouts of America.

Washington Group International provides fully integrated engineering, construction and management solutions to customers in the transportation, defense, energy, environmental sciences, mining, indus process markets.



Stephen Hanl