UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-12097GAO

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
    Plaintiff,

-and-

JOHN BALDWIN, LEONARD BELL,
JOHANNES KAINDO, WAYNE HENDERSON,
GODWIN ENAGBARE, and JOE L. WILLIS,
    Intervenor-Plaintiffs,

v.

WASHINGTON GROUP INTERNATIONAL, INC.,
RON BENNETT, MICHAEL FOGARTY,
and DENNIS WOODRUFF,
    Defendants.

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please notice the withdrawal of appearance of the undersigned counsel and the law firm of Conn Kavanaugh Rosenthal Peisch & Ford, LLP on behalf of defendant Washington Group International, Inc., as successor counsel has entered its appearance on behalf of said defendant.

Respectfully submitted,

__/s/ James F. Kavanaugh, Jr.__
James F. Kavanaugh, Jr. BBO#262360


__/s/ Erin K. Higgins__
Erin K. Higgins BBO#559510


__/s/ Michael R. Bernardo__
Michael R. Bernardo BBO#648310

CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, Massachusetts 02109
Telephone: (617) 482-8200


Dated: April 26, 2007


## CERTIFICATE OF SERVICE

I, Michael R. Bernardo, hereby certify that on April 26, 2007, a copy of the above document was electronically filed with the United States District Court for the District of Massachusetts through its Electronic Case Filing System.

__/s/ Michael R. Bernardo__
Michael R. Bernardo


280398.1