UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) <br> COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> JOHN BALDWIN, LEONARD BELL, ) <br> JOHANNES KAINDOH AND WAYNE ) <br> HENDERSON, JOE L. WILLIS and ) <br> GODWIN ENAGBARE ) <br> ) <br> Intervenor-Plaintiffs ) <br> ) <br> -against- ) <br> ) <br> ) <br> WASHINGTON GROUP ) <br> INTERNATIONAL, INC. ) <br> ) <br> Defendant. ) | Civil Action No. 04-12097-GAO |

**ASSENTED TO MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Plaintiff moves for the continuance of the settlement conference, currently scheduled for September 14, 2007, to any time from and including September 19, 2007, through October 5, 2007, with the exception of the following days: September 21, 25, 27, 28, and October 1, 2, and 3. This rescheduling is needed because of the unavailability on September 14 of one of EEOC's counsel, who has managed the bulk of communications with Plaintiff-Intervenors and whose presence is necessary for any settlement conference. Counsel for all parties have been contacted and assent to this motion and have provided their days of unavailability, as listed above.

Respectfully submitted,

>s/ Markus L. Penzel
>Markus L. Penzel, BBO# 642007
>Senior Trial Attorney
>EQUAL EMPLOYMENT OPPORTUNITY
>COMMISSION
>Boston Area Office
>JFK Federal Building, Room 475
>Boston, MA 02203-0506
>617-565-565-3193
>Markus.penzel@eeoc.gov

**Certificate of Service**

I hereby certify that on August 2, 2007, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants and counsel of record in this case:

  Lisa J. Damon ldamon@seyfarth.com
  Stephen T. Paterniti paternis@jacksonlewis.com, gottschm@jacksonlewis.com
  Rosa L. Palacios rosa.baldwin@eeoc.gov
  Todd J. Bennett tbennett@corbenbel.com
  Jacques A. Dessin jdessin@hotmail.com
  Jennifer A. Serafyn jserafyn@seyfarth.com, mviglas@seyfarth.com

>s/ Markus L. Penzel
>Markus L. Penzel