UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| and | )<br>) |
| JOHN BALDWIN, LEONARD BELL, JOHANNES KAINDOH, WAYNE HENDERSON, GODWIN ENAGBARE and JOE L. WILLIS, | )<br>)<br>)<br>) Docket No. 04-12097GAO |
| Inventor Plaintiffs, | )<br>) |
| v. | )<br>) |
| WASHINGTON GROUP INTERNATIONAL, INC., RON BENNETT, MICHAEL FOGARTY, and DENNIS WOODRUFF, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer A. Serafyn of Seyfarth Shaw LLP, World Trade Center East, Two Seaport Lane, Suite 300, Boston, Massachusetts 02210, as counsel-of-record for the Defendant, Dennis Woodruff, in connection with the above-captioned action.

                                  Respectfully submitted,
                                  DENNIS WOODRUFF,
                                  By his attorneys,

                                  /s/ Jennifer A. Serafyn
                                  Lisa J. Damon (BBO #558843)
                                  Jennifer A. Serafyn (BBO #653739)
                                  Seyfarth Shaw LLP
                                  World Trade Center East
                                  Two Seaport Lane, Suite 300
                                  Boston, MA 02210-2028
Date: August 22, 2007                (617) 946-4800

2

<u>Certificate of Service</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 22, 2007.

                                                    /s/ Jennifer A. Serafyn