UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> and <br><br> JOHN BALDWIN, LEONARD BELL, JOHANNES KAINDOH, WAYNE HENDERSON, GODWIN ENAGBARE and JOE L. WILLIS, <br><br> Inventor Plaintiffs, <br><br> v. <br><br> WASHINGTON GROUP INTERNATIONAL, INC., RON BENNETT, MICHAEL FOGARTY, and DENNIS WOODRUFF, <br><br> Defendants. | Docket No. 04-12097GAO |

## NOTICE OF APPEARANCE

Please enter the appearance of Lisa J. Damon of Seyfarth Shaw LLP, World Trade Center East, Two Seaport Lane, Suite 300, Boston, Massachusetts 02210, as counsel-of-record for the Defendant, Dennis Woodruff, in connection with the above-captioned action.

                                                                                                Respectfully submitted,
                                                                                                DENNIS WOODRUFF,
                                                                                                By his attorneys,

                                                                                                /s/ Lisa J. Damon
                                                                                                Lisa J. Damon (BBO #558843)
                                                                                                Jennifer A. Serafyn (BBO #653739)
                                                                                                Seyfarth Shaw LLP
                                                                                                World Trade Center East
                                                                                                Two Seaport Lane, Suite 300
                                                                                                Boston, MA 02210-2028
Date: August 22, 2007                          (617) 946-4800

2

<u>Certificate of Service</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 22, 2007.

/s/ Lisa J. Damon

BO1 15876679.1