UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

E.E.O.C.
                Plaintiff(s)

V.                                             CIVIL NO. 04-12097-GAO

WASHINGTON GROUP INTL, INC
                Defendant(s)

## NOTICE AND ORDER

Bowler, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for a settlement conference on 10/17/2007 at 10:00 A.M. before Magistrate Judge Marianne B. Bowler in Courtroom # 25.

It is further ORDERED that all PARTIES and trial counsel are REQUIRED to attend and must have full binding settlement authority. Leave of court is REQUIRED for any exceptions. All confidential briefs are to be submitted to the court VIA FACSIMILE at (617) 204-5833 at least TWO BUSINESS DAYS prior to the hearing.

SARAH A. THORNTON,
CLERK OF COURT

9/24/2007                                      /s/ Marc K. Duffy, Esq.
Date                                           Deputy Clerk

(ADR NOTICE (EEOC).wpd - 3/7/2005)