UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Plaintiff,<br><br>and<br><br>JOHN BALDWIN, LEONARD BELL, JOHANNES KAINDOH, WAYNE HENDERSON, GODWIN ENAGBARE, and JOE L. WILLIS,<br><br>                Invervenor-Plaintiffs,<br><br>vs.<br><br>WASHINGTON GROUP INTERNATIONAL, INC., RON BENNETT, MICHAEL FOGARTY, and DENNIS WOODRUFF<br><br>                Defendants. | C.A. NO. 04-12097 GAO |

### ASSENTED-TO MOTION OF DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC. TO RESCHEDULE SETTLEMENT CONFERENCE

Defendant Washington Group International, Inc. ("WGI") respectfully moves this Court to reschedule the Settlement Conference currently scheduled for December 17, 2007 to December 18, 2007. As grounds therefore, WGI states that its in-house counsel, Robert Berlin, will need to attend the Settlement Conference, and is unavailable to attend on December 17th due to a long-standing scheduling conflict. Counsel for the EEOC, counsel for all Plaintiff-Intervenors, and all six Plaintiff-Intervenors are available on December 18, 2007 for this Settlement Conference and assent to the rescheduling.

Respectfully submitted.

WASHINGTON GROUP INTERNATIONAL, INC. and RONALD BENNETT

By its attorneys,

/s/ Stephen T. Paterniti
Stephen T. Paterniti (BBO# 564860)
Jackson Lewis LLP
75 Park Plaza
Boston, MA  02117
(617) 367-0025

ASSENTED TO:

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By its attorney,

/s/ Markus L. Penzel
Markus L. Penzel (BBO# 642007)
Equal Employment Opportunity Commission
Boston Area Office
John F. Kennedy Federal Bldg.
Room 475
Boston, MA 02203-0506
(617) 565-3193

JOHN BALDWIN, LEONARD BELL JOHANNES KAINDOH, and WAYNE HENDERSON,

By their attorney,

/s/ Todd J. Bennett
Todd J. Bennett (BBO# 643185)
Corrigan, Bennett & Belfort, P.C.
404 Main Street, Suite One
Wilmington, MA 01887

MICHAEL FOGARTY and DENNIS WOODRUFF,

By their attorney,

/s/ Jennifer A Serafyn
Jennifer A Serafyn (BBO# 653739)
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02210-2028

GODWIN ENAGBARE and JOE L. WILLIS,

By their attorney,

/s/ Jacques A. Dessin
Jacques A. Dessin (BBO# 641063)
Dessin & Associates
236 Huntington Ave., Suite 301-304
Boston, MA  02115

Dated:  November 27, 2007

## CERTIFICATE OF SERVICE

This is to certify that on November 27, 2007, a copy of the above document was electronically filed with the United States District Court for the District of Massachusetts through its Electronic Case Filing System.

/s/ Stephen T. Paterniti
Jackson Lewis LLP