UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                Plaintiff,

and

JOHN BALDWIN, LEONARD BELL,
JOHANNES KAINDOH, WAYNE
HENDERSON, GODWIN ENAGBARE, and
JOE L. WILLIS,

                Invervenor-Plaintiffs,

vs.

WASHINGTON GROUP
INTERNATIONAL, INC., RON BENNETT,
MICHAEL FOGARTY, and DENNIS
WOODRUFF

                Defendants.

C.A. NO. 04-12097 GAO

## PARTIALLY ASSENTED-TO MOTION OF DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC. TO RESCHEDULE SETTLEMENT CONFERENCE

Defendant Washington Group International, Inc. ("WGI") respectfully moves this Court to reschedule the Settlement Conference currently scheduled for December 17, 2007 to January 29, 2008 or another date convenient to the Court. WGI previously filed a similar motion requesting the rescheduling of the settlement conference to December 18, a date the Court previously had available. That motion was denied without prejudice because December 18 was no longer available.

As grounds therefore, WGI states that its in-house counsel, Robert Berlin, will need to attend the Settlement Conference, and is unavailable to attend on December 17th due to a long-

standing scheduling conflict. The EEOC and counsel for individual defendants Bennett, Woodruff and Fogarty assent to this motion and are available on January 29. Plaintiff-Intervenors Baldwin, Bell, Kaindoh and Henderson do not oppose the motion and are available on January 29. Plaintiff-Intervenors Enagbare and Willis oppose this motion on principle.

If January 29 is no longer available on the court's schedule, WGI requests that the Court select an alternative date for the settlement conference after January 29.

Respectfully submitted.

WASHINGTON GROUP INTERNATIONAL, INC. and RONALD BENNETT

By their attorneys,

/s/ Stephen T. Paterniti
Stephen T. Paterniti (BBO# 564860)
Jackson Lewis LLP
75 Park Plaza
Boston, MA  02117
(617) 367-0025

ASSENTED TO:

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
By its attorney,

/s/ Markus L. Penzel
Markus L. Penzel (BBO# 642007)
Equal Employment Opportunity Commission
Boston Area Office
John F. Kennedy Federal Bldg.
Room 475
Boston, MA 02203-0506
(617) 565-3193

MICHAEL FOGARTY and
DENNIS WOODRUFF,

By their attorney,


/s/ Jennifer A Serafyn
Jennifer A Serafyn (BBO# 653739)
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02210-2028


Dated:  December 10, 2007

**CERTIFICATE OF SERVICE**

    This is to certify that on December 10, 2007, a copy of the above document was electronically filed with the United States District Court for the District of Massachusetts through its Electronic Case Filing System.

                                               /s/ Stephen T. Paterniti
                                               Jackson Lewis LLP