UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>      Plaintiff,<br><br>and<br><br>JOHN BALDWIN, LEONARD BELL, JOHANNES KAINDOH, WAYNE HENDERSON, GODWIN ENAGBARE and JOE L. WILLIS,<br><br>      Intervenor Plaintiffs,<br><br>v.<br><br>WASHINGTON GROUP INTERNATIONAL, INC., RON BENNETT, MICHAEL FOGARTY, and DENNIS WOODRUFF,<br><br>      Defendants. | Docket No. 04-12097-GAO |

## **NOTICE OF APPEARANCE**

Kindly enter the appearance of Erin S. Martino on behalf of the Defendants, Michael Fogarty and Dennis Woodruff.

Respectfully submitted,

/s/ Erin S. Martino
Lisa J. Damon (BBO #558843)
Erin S. Marino (BBO #658100)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:   (617) 946-4801

ATTORNEYS FOR
DEFENDANTS MICHAEL FOGARTY AND
DENNIS WOODRUFF

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will be sent to those indicated as not registered participants as of December 12, 2007.

/s/ Erin S. Martino
Erin S. Martino