# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JOHN BALDWIN, LEONARD BELL, JOHANNES KAINDOH, WAYNE HENDERSON, GODWIN ENAGBARE and JOE L. WILLIS, | ) | Docket No.  04-12097-GAO |
| | ) | |
| Intervenor Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WASHINGTON GROUP INTERNATIONAL, INC., RON BENNETT, MICHAEL FOGARTY, and DENNIS WOODRUFF, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Jennifer A. Serafyn as counsel for the Defendants, Michael Fogarty and Dennis Woodruff.

Respectfully submitted,


/s/ Jennifer A. Serafyn
Lisa J. Damon (BBO #558843)
Jennifer A. Serafyn (BBO #653739)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801

ATTORNEYS FOR
DEFENDANTS MICHAEL FOGARTY AND
DENNIS WOODRUFF

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will be sent to those indicated as not registered participants as of December 12, 2007.


/s/ Jennifer A. Serafyn
Jennifer A. Serafyn

BO1 15895795.1