**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

EEOC
    Plaintiff(s)

V.                    CIVIL ACTION NO. 04-12097-GAO

Washington Group Intl.', Inc.
    Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    O'Toole

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On  1/29/2008  I held the following ADR proceeding:

    _____ SCREENING CONFERENCE   _____ EARLY NEUTRAL EVALUATION
    _____ MEDIATION   _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL   \_\_X\_\_ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[X]    Settled. Your clerk should enter a  60  day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

    1/29/2008                              Marianne B. Bowler, USMJ
    DATE                                      ADR Provider