*Exhibit B*
*Individual Amounts*

| | | |
|---|---|---|
| John Baldwin - <br> c/o Attorney Todd Bennett | $156,000 | (W-2 income: $20,280.00 gross; <br> 1099 income: $135,720.00 gross) |
| Leonard Bell - <br> c/o Attorney Todd Bennett | $208,000 | (W-2 income: $27,040.00 gross; <br> 1099 income: $180,960.00) |
| Wayne Henderson- <br> c/o Attorney Todd Bennett | $156,000 | (W-2 income: $20,280.00 gross: <br> 1099 income: $135,720.00 gross) |
| Johannes Kaindoh- <br> c/o Attorney Todd Bennett | $208,000 | (W-2 income: $27,773.33 gross; <br> 1099 income: $180,226.67 gross) |
| Joe L. Willis- <br> c/o Attorney Jacques Dessin | $130,000 | (W-2 income: $20,000.00 gross; <br> 1099 Income: $110,000.00 gross) |
| Godwin Enagbare- <br> c/o Attorney Jacques Dessin | $442,000 | (W-2 income: $59,228.00 gross; <br> 1099 income: $382,772.00 gross) |
| Jake Porter- | $14,000 | (W-2 income: $2,800.00 gross; <br> 1099 income: $11,200.00 gross) |
| Marshall Holden- | $24,000 | (W-2 income: $4,800.00 gross; <br> 1099 income: $19,200.00 gross) |
| Randolph Joseph- | $8,000 | (W-2 income: $1,600.00 gross; <br> 1099 income: $6,400.00 gross) |
| Donny Smith- | $16,000 | (W-2 income: $3,200.00 gross; <br> 1099 income: $12,800.00 gross) |
| Theodis Quarles- | $25,500 | (W-2 income: $5,100.00 gross; <br> 1099 income: $20,400.00 gross) |
| Lawrence Jackson- | $25,500 | (W-2 income: $5,100.00 gross; <br> 1099 income: $20,400.00 gross) |
| Jermaine Holden - | $25,000 | (W-2 income: $5,000.00 gross; <br> 1099 income: $20,000.00 gross) |
| Rodney Boyd - | $14,000 | (W-2 income: $2,800.00 gross: <br> 1099 income: $11,200.00 gross) |

Roscoe Gay -           $16,000        (W-2 income:  $3,200.00 gross;
                                       1099 income:  $12,800.00 gross)

Marshall Thompson -    $24,000        (W-2 income:  $4,800.00 gross;
                                       1099 income:  $19,200.00 gross)

Herbert McCall -       $8,000         (W-2 income:  $1,600.00 gross;
                                       1099 income:  $6,400.00 gross)